32018. CARTER, *alias* LANE, *v.* THE STATE.

TOWNSEND, J. ■ In order to vest jurisdiction in this court to review a judgment of a trial court, rendered in the course of the trial and before the final determination of the case, exceptions pendente lite to such judgment must be preserved within twenty days of the date of its entry, and thereafter error thereon must be assigned thereto in the bill of exceptions, or error must be assigned thereon in the bill of exceptions

within twenty days of the date of the entry of such judgment. Code § 6-1305; Code (Ann. Supp.), §§ 6-701, 6-905; *Batchelor* v. *Born*, 177 *Ga.* 886 (171 S. E. 724); *Lathem* v. *Reinhardt*, 76 *Ga. App.* 528 (46 S. E. 2d, 631); *Evans* v. *Luce*, 190 *Ga.* 403 (1) (9 S. E. 2d, 646).

The judgment of a trial court either overruling or sustaining a demurrer is not proper ground of a motion for a new trial; assignments of error upon such ruling must be presented by timely exceptions pendente lite and direct exceptions based thereon, or by direct exceptions where made within the required time from the entry of the judgment. See *Weeks* v. *Reliance Fertilizer Co.*, 23 *Ga. App.* 128 (2) (97 S. E. 664); *Hawkins* v. *Studdard*, 132 *Ga.* 265 (1) (63 S. E. 852, 131 Am. St. R. 190).

The evidence was sufficient to support the judgment of the court trying the case, by agreement, without the intervention of a jury, and on motion for a new trial, it having his approval, the same will not be disturbed by this court. See many cases cited in Code (Ann.) § 70-202, under catchwords "Any evidence" and "Approval." See also *Pitts* v. *State*, 25 *Ga. App.* 31 (102 S. E. 381), and *Bryant* v. *State*, 36 *Ga. App.* 113 (136 S. E. 111).

*Judgment affirmed. MacIntyre, P.J., and Gardner, J., concur.*

DECIDED MAY 6, 1948.

*Robert R. Forrester,* for plaintiff in error.
*H. W. Nelson, Solicitor-General,* contra.